IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MICHAEL LEE MEYER,**

    **Plaintiff,**

**v.**                                                       Case No. 4:25-cv-134-AW-MAF

**FLORIDA DEPARTMENT OF CORRECTIONS,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pro se prisoner Michael Lee Meyer initiated this § 1983 case. His operative complaint is his second amended. ECF No. 13. The sole defendant is the Florida Department of Corrections. As the magistrate judge explains, the claims are barred by the Eleventh Amendment. The magistrate judge issued a report and recommendation, concluding the court should dismiss on this basis. ECF No. 18. Meyer filed no objection.

I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice based on the Eleventh Amendment." The clerk will then close the file.

SO ORDERED on October 6, 2025.

                                                                 s/ *Allen Winsor*
                                                                  Chief United States District Judge